[No. 9255-1-III.   Division Three.   October 17, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. HAROLD WAYNE EIRICH, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 87–1–00408–6, Robert S. Day, J., entered April 1, 1988. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Shields, J.

[Nos. 9046-9-III; 9047-7-III.   Division Three.   October 17, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID A. BOSSARD, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. ERIC A. TAYLOR, *Appellant.*

Appeals from a judgment of the Superior Court for Grant County, No. 87–1–00199–0, Evan E. Sperline, J., entered December 29, 1987. *Affirmed* by unpublished opinion per Shields, J., concurred in by Thompson, C.J., and Munson, J.

[No. 11165-9-II.   Division Two.   October 19, 1989.]

GRACE SEMENZA, ET AL, *Respondents,* v. LESLIE V. SALZER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Thurston County, No. 87–2–00489–6, Richard A. Strophy, J., entered June 3, 1987. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Petrich and Worswick, JJ.